## Commonwealth *v.* Rosenfeld, Appellant.

*Crimes—Disorderly house—Charge of court.*

In a prosecution for keeping a disorderly house, the charge of the court was without error, when it fully and adequately submitted to the jury the defendant's contention as to the character

of the persons who visited the house and their conduct while there, and also explained the degree of proof required in such cases.

Argued October 21, 1919.   Appeal, No. 167, Oct. T., 1919, by defendant, from judgment of Municipal Court of Philadelphia, January Sessions, 1919, No. 417, on verdict of guilty in case of Commonwealth v. Esther Rosenfeld.   Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and KELLER, JJ.   Affirmed.

Indictment for keeping a disorderly house, keeping a bawdyhouse and frequenting a bawdyhouse.   Before GORMAN, J.

The opinion of the Superior Court states the case.

Verdict of guilty upon second count of the indictment, upon which judgment of sentence was passed.   Defendant appealed.

*Errors assigned* was the charge of the court and refusal of defendant's motion in arrest of judgment.

*William F. Berkowitz,* and with him *William F. Rorke,* for appellant.

*Franklin E. Barr,* and with him *Michael F. McCullough,* Assistant District Attorney, and *Samuel P. Rotan,* District Attorney, for appellee.

PER CURIAM, February 28, 1920:

  The defendant's contention as to the character of the house she occupied, the persons who visited it, and their conduct while there, was fully and adequately submitted to the jury by the trial judge in order to determine her guilt under the statute.   The degree of proof required in such cases was fully explained to the jury. We find no reversible error in this record.

The judgment is affirmed, and it is ordered that the defendant appear in the court below at such time as she

may be there called, and that she be by that court committed until she has completed that part of the sentence which had not been performed at the time this appeal was made a supersedeas.